IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3029 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY J. FOSTER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant Foster's motion to continue sentencing, filing 52, is granted. Defendant's sentencing is continued to September 19, 2005 at 10:30 a.m.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge