```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3029 |
| v. ) | |
| ) | |
| CASEY J. FOSTER, ) | |
| ) | ORDER |
| Defendants. ) | |
| ) | |

At the sentencing in this case I imposed as a condition of defendant's probation the prohibition of hunting on any land owned or leased by the defendant for a period of one year. I have since been advised the land is owned by a family corporation owned by defendant and his brothers, who have regularly hunted the land with their children. I shall word the judgment to allow the brothers and their children to hunt the land, but no other hunting will be permitted.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall word the judgment in accordance with the foregoing.

DATED this 20th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge